

# THE STATE OF TEXAS
## MANDATE

TO THE 297TH DISTRICT COURT OF TARRANT COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 11th day of December, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Harold L. Graves, Jr., Appellant                           No. 06-13-00233-CR

                           v.                           Trial Court No. 1338568R

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find no reversible error in the judgment of conviction for murder in the court below. We affirm the judgment of the trial court.

Also as stated in the Court's opinion of this date, we find reversible error in the judgment of conviction for tampering in the court below. We reverse the judgment of conviction for tampering and enter a judgment of acquittal.

We order that the appellant, Harold L. Graves, Jr., pay all costs of this appeal only as pertaining to the judgment of conviction for murder.

We order that the appellee, the State of Texas, pay all costs of this appeal only as pertaining to the judgment of acquittal for tampering.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 2nd day of April, A.D. 2015.

DEBRA K. AUTREY, Clerk